KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

   150 Almaden Boulevard, Room 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Fax: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/24/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00392 RMW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE ORDER |
| GAVIN DRU BROWN, | |
| Defendant. | |

     It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant GAVIN DRU BROWN, Mark Eibert, Esq., that the date set for the status conference in this case be continued from August 8, 2005 to September 26, 2005 at 9 a.m.  This continuance is necessary because the parties still need to exchange the computer discovery in this case, which can be done only after any issues regarding the protective order under which this discovery will be exchanged are negotiated or litigated. The parties also note that by Order of August 2, 2005, this case has been related to the matter of United States v. Edward Harvey, CR 05-00373 RMW, which is also set for status on September 26, 2005.

     In addition, parties stipulate that the time between August 8, 2005 and the new date

scheduled for status conference, September 26, 2005, is excludable under the Speedy Trial Act. In consenting to this exclusion of time, the defendant has been advised and understands that under 18 U.S.C. § 3161(c)(1) he is entitled to be a trial within 70 days of the date he appeared on the Indictment that was filed in this matter. After consultation with his attorney, the defendant wishes to waive that right and exclude the time between August 8, 2005 and September 26, 2005 from the 70-day period between Indictment and trial, as provided by the Speedy Trial Act.

The parties agree that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial inasmuch as the defense needs additional time to receive and review the discovery in this case. The parties agree that failure to grant the requested exclusion of time would likely make continuation of the proceedings impossible or result in a miscarriage of justice, and would deny counsel for both parties the reasonable time necessary to for effective preparation taking into account the exercise of due diligence. .

Dated this __4th___ day of August, 2005.

_____**/S/**_____
SHAWNA YEN
Assistant U.S. Attorney

Dated this ___4th__ day of June, 2005.

_____**/S/**_____
MARK EIBERT, ESQ.
Attorney for Defendant Gavin Dru Brown

1  GOOD CAUSE APPEARING,

2  IT IS ORDERED that the date set for the hearing on the defendant's pre-trial motion to
3  suppress, be continued from August 8, 2005 to September 26, 2005 at 9 a.m.  The time between
4  the original status hearing of August 8, 2005, and the new status hearing on September 26, 2005,
5  is excluded from the 70-day period between indictment and trial, as provided by the Speedy Trial
6  Act.

7  Dated this __24__ day of August, 2005.



RONA[LD M. WHYTE]
United S[tates District Judge]

APPROVED
Judge Ronald M. Whyte

12  Copies to be served on:

13  SHAWNA YEN
    Assistant U.S. Attorney
14  150 Almaden Boulevard, Suite 900
    San Jose, CA 95113

15
    MARK D. EIBERT, ESQ.
16  Post Office Box 1126
    Half Moon Bay, CA 94019

3