KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SHAWNA YEN (CSNB 224447)
Assistant U.S. Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA, 95113
   Telephone: 408-535-5054
   Facsimile: 408-535-5066

Attorneys for Plaintiff

*E-FILED - 10/21/05*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) <br>                  Plaintiff,   ) <br>          v.         ) <br> EDWARD AARON HARVEY, JR.   ) <br>               Defendant.   ) | CR 05-00373 RMW <br><br> ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| UNITED STATES OF AMERICA,   ) <br>                  Plaintiff,   ) <br>          v.         ) <br> ROBERT CHARLES ARTHUR PAINTER, ) <br>               Defendant.   ) | CR 05-00390 RMW |
| UNITED STATES OF AMERICA,   ) <br>                  Plaintiff,   ) <br>          v.         ) <br> GREG ALAN PENNINGTON,   ) <br>               Defendant.   ) | CR 05-00391 RMW |

ORDER EXCLUDING TIME
U.S. v. HARVEY et al.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-05-00392 RMW |
| v. | ) | |
| GAVIN DRU BROWN, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-05-00393 RMW |
| v. | ) | |
| KEVIN ING, | ) | |
| Defendant. | ) | |

These related cases came before the Court for a status conference on Monday, September 26, 2005. Counsel for the government and the defendants were present. Based on the colloquy at the hearing, the Court rules as follows:

IT IS HEREBY ORDERED that the case is continued to December 5, 2005 at 9:00 a.m. for a status conference.

IT IS FURTHER ORDERED that the period of time from September 26, 2005 through and including December 5, 2005 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial for the following reasons:

The parties require the additional time to exchange discovery including the computer evidence in this case which will require that the parties first enter into a protective order. The parties will also require additional time to discuss potential dispositions of these cases. Furthermore, counsel for defendant Edward Harvey has also indicated his unavailability for a

ORDER EXCLUDING TIME
U.S. v. HARVEY et al.

number of weeks during the intervening period, due to a trial commitment in another case. Therefore, the additional time is required for the effective preparation of counsel.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this   21   day of October, 2005.

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

JAY RORTY, ESQ.
Counsel for Edward Harvey
Federal Public Defender's Office
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

MARK EIBERT, ESQ.
Counsel for Gavin Dru Brown
Post Office Box 1126
Half Moon Bay, CA 94019

MAUREEN BALDWIN, ESQ.
Counsel for Robert Painter
586 North First Street
Suite 102
San Jose, CA 95112

THOMAS J. FERRITO, ESQ.
Counsel for Greg Pennington
One Hundred One Church Street, Suite 14
Post Office Box 215
Los Gatos, CA 95032

JAMES MCNAIR THOMPSON, ESQ.
Counsel for Kevin Ing
P.O. Box 636
Los Gatos, CA 95031

ORDER EXCLUDING TIME
U.S. v. HARVEY et al.