KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SHAWNA YEN (CSNB 224447)
Assistant U.S. Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, CA, 95113
  Telephone: 408-535-5054
  Facsimile: 408-535-5066

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 12/9/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>        Plaintiff, </br>     v. </br>ROBERT CHARLES ARTHUR PAINTER, </br>        Defendant. | CR 05-00390 </br></br>ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| UNITED STATES OF AMERICA, </br>        Plaintiff, </br>     v. </br>GREG ALAN PENNINGTON, </br>        Defendant. | CR 05-00391 |
| UNITED STATES OF AMERICA, </br>        Plaintiff, </br>     v. </br>GAVIN DRU BROWN, </br>        Defendant. | CR-05-00392 |

ORDER EXCLUDING TIME
U.S. v. PAINTER et al.

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-05-00393 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN ING, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

These related cases came before the Court for a status conference on Monday, December 5, 2005. Counsel for the government and the defendants were present. Based on the colloquy at the hearing, the Court rules as follows:

IT IS HEREBY ORDERED that the case is continued to March 20, 2006 at 9:00 a.m. for a status conference.

IT IS FURTHER ORDERED that the period of time from December 5, 2005 through and including March 20, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial for the following reasons:

The parties have entered into a protective order for the exchange of the computer evidence in this case. The additional time is needed for the government to copy and provide the computer evidence to each of the defendants, and for the defendants to evaluate the computer evidence. The parties will also require additional time to discuss potential dispositions of these cases. Therefore, the additional time is required for the effective preparation of counsel.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this   9   day of December, 2005.

                                         /S/ RONALD M. WHYTE
                                         UNITED STATES DISTRICT JUDGE

ORDER EXCLUDING TIME
U.S. v. PAINTER et al.

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

MARK EIBERT, ESQ.
Counsel for Gavin Dru Brown
Post Office Box 1126
Half Moon Bay, CA 94019

MAUREEN BALDWIN, ESQ.
Counsel for Robert Painter
586 North First Street
Suite 102
San Jose, CA 95112

THOMAS J. FERRITO, ESQ.
Counsel for Greg Pennington
One Hundred One Church Street, Suite 14
Post Office Box 215
Los Gatos, CA 95032

JAMES MCNAIR THOMPSON, ESQ.
Counsel for Kevin Ing
P.O. Box 636
Los Gatos, CA 95031

ORDER EXCLUDING TIME
U.S. v. PAINTER et al.