Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Gavin Brown

**FILED**

DEC 19 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GAVIN DRU BROWN, ) <br> ) <br> Defendant. ) <br> ) | CR NO. 05-00392 RMW <br><br> UNOPPOSED MOTION AND [PROPOSED] RS <br> ORDER TO AMEND CONDITIONS OF <br> RELEASE TO ALLOW DEFENDANT TO <br> TRAVEL TO SUTTER CREEK AND <br> MODESTO |

Defendant Gavin Brown, through his attorney, hereby moves this Court to amend his conditions of release to allow him to travel to Sutter Creek and Modesto, California on December 24th and 25th, 2005, returning to the Northern District of California on December 25th. The purpose of the trip is to allow Mr. Brown to spend Christmas Eve with his aunt and Christmas Day with his father.

Mr. Brown is charged with receiving child pornography over the internet. He is free on bond.

Both the Pretrial Services Officer who is supervising Mr. Brown and the U.S. Attorney who is prosecuting him have indicated that they have no objection to this request. Pretrial

UNOPPOSED MOTION AND PROPOSED ORDER TO AMEND CONDITIONS OF RELEASE, U.S. V. jGAVIN BROWN,

CR NO. 05-00392 RMW (PVT)                -1-

1  Services does wish to verify one of the residence addresses he is visiting, however that is
2  currently being addressed and is not anticipated to be a problem.
3      The Court has previously approved similar trips by Mr. Brown to the Eastern District of
4  California for Thanksgiving and his sister's birthday.
5      Defendant therefore respectfully requests an Order amending his conditions of release to
6  allow him to travel to Sutter Creek and Modesto on December 24 and 25th, 2005.
7  Dated: December 6, 2005        Respectfully submitted,

MARK D. EIBERT
Attorney for Defendant Gavin Brown

## ORDER

Good cause appearing therefore, it is hereby ORDERED that defendant Gavin Brown may travel to Sutter Creek and Modesto, California, on December 24th and 25th, respectively, and return to the Northern District of California on December 25th. Mr. Brown shall give Pretrial Services his itinerary before he departs and assist with verifying any address as requested by Pretrial Services.

Dated: December 19, 2005

PROOF OF SERVICE

The undersigned hereby certifies that his business address is Post Office Box 1126, Half Moon Bay, CA 94019-1126, that he is not a party to this action, and that he is a citizen of the United States and a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this date he caused a copy of:

UNOPPOSED MOTION AND [PROPOSED] ORDER TO AMEND CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TRAVEL TO MODESTO

Re: United States v. Gavin Brown, CR 05-00392 RMW

To be served by placing it in the mail at Half Moon Bay, California in a post-paid envelope sealed and addressed to:

| | |
|---|---|
| Mr. Gavin Brown<br>592 Lily Street<br>Monterey, CA 93940 | Defendant |
| Shawna Yen, Esq.<br>U.S. Attorney's Office<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113 | Attorney for the Government |
| Ms. Laura Weigl<br>Pretrial Services Office<br>280 South First Street, Suite 1150<br>San Jose, CA 95113 | U.S. Pretrial Services Office |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2005 at Half Moon Bay, California.

-------------------------------------
MARK D. EIBERT