Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Gavin Brown

**FILED**

MAY -9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GAVIN DRU BROWN,<br><br>Defendant. | CR NO. 05-00392 RMW (HRL)<br><br>UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER TO AMEND CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TRAVEL TO SACRAMENTO |

Defendant Gavin Brown, through his attorney, hereby moves this Court to amend his conditions of release to allow him to travel to Sacramento on May 24, 2006, returning to the Northern District of California the next day, May 25, 2006  Mr. Brown wishes to visit his sister and attend a dinner at her house in Sacramento. He plans to spend the night there before returning.

Mr. Brown is charged with receiving child pornography over the internet. He is free on bond. Both the Pretrial Services Officer who is supervising Mr. Brown and the U.S. Attorney who is prosecuting him have indicated that they have no objection to this request.

Defendant therefore respectfully requests an Order amending his conditions of release to allow him to travel to Sacramento for the dates indicated.

///

1 | Dated: May 8, 2006      Respectfully submitted,

/s/ *Mark D. Eibert*
MARK D. EIBERT
Attorney for Defendant Gavin Brown

## ORDER

Good cause appearing therefore, it is hereby ORDERED that defendant Gavin Brown may travel to Sacramento, California, on May 24, 2006, and return to the Northern District of California no later than May 25, 2006.

Dated: May 9, 2006

## PROOF OF SERVICE

The undersigned hereby certifies that his business address is Post Office Box 1126, Half Moon Bay, CA 94019-1126, that he is not a party to this action, and that he is a citizen of the United States and a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this date he caused a copy of:

UNOPPOSED MOTION AND [PROPOSED] ORDER TO AMEND CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TRAVEL TO SACRAMENTO

Re: <u>United States v. Gavin Brown</u>, CR 05-00392 RMW (PVT)

To be served by placing it in the mail at Half Moon Bay, California in a post-paid envelope sealed and addressed to:

| | |
|---|---|
| Mr. Gavin Brown<br>592 Lily Street<br>Monterey, CA 93940 | Defendant |
| Shawna Yen, Esq.<br>U.S. Attorney's Office<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113 | Attorney for the Government |
| Ms. Laura Weigl<br>Pretrial Services Office<br>280 South First Street, Suite 1150<br>San Jose, CA 95113 | U.S. Pretrial Services Office |

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2006 at Half Moon Bay, California.

/s/ *Mark D. Eibert*
-------------------------------------
MARK D. EIBERT

UNOPPOSED MOTION AND PROPOSED ORDER TO AMEND CONDITIONS OF RELEASE, <u>U.S. V. jGAVIN BROWN</u>,
CR NO. 05-00392 RMW (PVT)                    -3-