| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | SHAWNA YEN (CASBN 224447)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Room 900<br>San Jose, California 95113<br>Telephone: (408) 535-5054 |
| 7 | Fax: (408) 535-5066<br>Email:  shawna.yen2@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00392 RMW |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING AND |
| v. | ) ) | [PROPOSED] ORDER |
| GAVIN DRU BROWN, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant GAVIN DRU BROWN, Mark Eibert, Esq., that the date set for the sentencing hearing in this case be continued from October 23, 2006 at 9:00 a.m. to January 29, 2007 at 9:00 a.m.

This continuance is necessary because Mr. Brown is a cooperating witness in the related case of <u>United States v. Edward Harvey</u>, CR 05-00373 RMW.   The parties in the <u>Harvey</u> case, are currently briefing a number of pretrial motions, and a trial date has not yet been set.

Because Mr. Brown's sentence would be affected by any 5K1.1 motion filed by the United States, and because the extent of Mr. Brown's cooperation for purposes of obtaining 5K1.1

credit cannot be determined until the Harvey matter is fully resolved, the parties ask that the sentencing of Mr. Brown be continued until after the Harvey matter is concluded. Because pretrial motions are still being briefed, and trial dates have not yet been set in the Harvey matter, that case is unlikely to proceed to trial any earlier than December 2006 or January 2007.

Accordingly, the parties request that the sentencing hearing for Mr. Brown be continued to January 29, 2007 at 9:00 a.m.

Dated this _13th___ day of October, 2006.

_____/S/_____
SHAWNA YEN
Assistant U.S. Attorney

Dated this _13th___ day of October, 2006.

_____/S/_____
MARK EIBERT
Attorney for Defendant Gavin Dru Brown

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the sentencing hearing in this case be continued from October 23, 2006 at 9:00 a.m. to January 29, 2007 at 9:00 a.m.

Dated this __18th__ day of October, 2006.

/s/ Ronald M. Whyte

_____
RONALD M. WHYTE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

MARK D. EIBERT, ESQ.
Post Office Box 1126
Half Moon Bay, CA 94019

KAREN MARR,
United States Probation Officer
1301 Clay Street, Suite 220-S
Oakland, CA 94612