Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Gavin Brown


FILED
DEC 13 2006
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GAVIN DRU BROWN,<br><br>Defendant. | CR NO. 05-00392 RMW (HRL)<br><br>UNOPPOSED MOTION AND [PROPOSED] ORDER TO AMEND CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TRAVEL TO MODESTO FOR CHRISTMAS |

Defendant Gavin Brown, through his attorney, hereby moves this Court to amend his conditions of release to allow him to travel to Modesto, California on December 25, 2006, returning to the Northern District of California the same day. Mr. Brown wishes to spend Christmas with his father.

Mr. Brown is charged with receiving child pornography over the internet. He is free on bond. Both the Pretrial Services Officer who is supervising Mr. Brown and the U.S. Attorney who is prosecuting him have indicated that they have no objection to this request. Several prior requests for holiday travel to Modesto and Sacramento for Mr. Brown have been previously granted by this Court.

Defendant therefore respectfully requests an Order amending his conditions of release to allow him to travel to Modesto for the date indicated.

Dated: December 7, 2006         Respectfully submitted,

/s/ *Mark D. Eibert*
MARK D. EIBERT
Attorney for Defendant Gavin Brown

## ORDER

Good cause appearing therefore, it is hereby ORDERED that defendant Gavin Brown may travel to Modesto, California, on December 25, 2006, and return to the Northern District of California the same day.

Dated: December 13, 2006

# PROOF OF SERVICE

The undersigned hereby certifies that his business address is Post Office Box 1126, Half Moon Bay, CA 94019-1126, that he is not a party to this action, and that he is a citizen of the United States and a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this date he caused a copy of:

UNOPPOSED MOTION AND [PROPOSED] ORDER TO AMEND CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TRAVEL TO SACRAMENTO

Re: <u>United States v. Gavin Brown</u>, CR 05-00392 RMW (PVT)

To be served by placing it in the mail at Half Moon Bay, California in a post-paid envelope sealed and addressed to:

| | |
|---|---|
| Mr. Gavin Brown<br>592 Lily Street<br>Monterey, CA 93940 | Defendant |
| Shawna Yen, Esq.<br>U.S. Attorney's Office<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113 | Attorney for the Government |
| Ms. Laura Weigl<br>Pretrial Services Office<br>280 South First Street, Suite 1150<br>San Jose, CA 95113 | U.S. Pretrial Services Office |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December ____, 2006 at Half Moon Bay, California.

/s/ *Mark D. Eibert*
-------------------------------------------
MARK D. EIBERT

UNOPPOSED MOTION AND PROPOSED ORDER TO AMEND CONDITIONS OF RELEASE, <u>U.S. V. GAVIN BROWN</u>,
CR NO. 05-00392 RMW (PVT)                -3-