KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

   150 Almaden Boulevard, Room 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Fax: (408) 535-5066
   Email:  shawna.yen2@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 1/19/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00392 RMW |
|                             Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING AND |
|     v. ) | [] ORDER |
| GAVIN DRU BROWN, ) | |
|                             Defendant. ) | |

     It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant GAVIN DRU BROWN, Mark Eibert, Esq., that the date set for the sentencing hearing in this case be continued from January 29, 2007 to July 30, 2007 at 9:00 a.m.

    This continuance is necessary because Mr. Brown is a cooperating witness in the related case of <u>United States v. Edward Harvey</u>, CR 05-00373 RMW.  No trial date has yet been set in the <u>Harvey</u> case, as the defense counsel has requested until February 5, 2007 to consult with his client and determine whether the case will resolve or proceed to trial in light of the Court's rulings on the pretrial motions.  If the <u>Harvey</u> case does proceed to trial, the parties anticipate

1  that it will take place in late spring or early summer.

2  Because Mr. Brown's sentence would be affected by any 5K1.1 motion filed by the United
3  States, and because the extent of Mr. Brown's cooperation for purposes of obtaining 5K1.1
4  credit cannot be determined until the <u>Harvey</u> matter is fully resolved, the parties ask that the
5  sentencing of Mr. Brown be continued until after the <u>Harvey</u> matter is concluded.

6  Accordingly, the parties request that the sentencing hearing for Mr. Brown be continued to
7  July 30, 2007 at 9:00 a.m.

9  Dated this _11th___ day of January, 2007.

11  _____/S/_____
    SHAWNA YEN
12  Assistant U.S. Attorney

14  Dated this __11th__ day of January, 2007.

15  _____/S/_____
    MARK EIBERT
16  Attorney for Defendant Gavin Dru Brown

2

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the sentencing hearing in this case be continued from January 29, 2007 to July 30, 2007 at 9:00 a.m.

Dated this __19__ day of January, 2007.

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

MARK D. EIBERT, ESQ.
Post Office Box 1126
Half Moon Bay, CA 94019

KAREN MARR,
United States Probation Officer
1301 Clay Street, Suite 220-S
Oakland, CA 94612