1  Mark D. Eibert  (Bar # 116570)
   Attorney at Law
2  P. O. Box 1126
   Half Moon Bay, CA 94019-1126
3  Telephone: (650) 638-2380
   Fax: (650) 712-8377
4
   Attorney for: Defendant Gavin Brown

**FILED**

APR - 4 2007



NOR... DISTRICT COURT
TRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  vs.  <br>  GAVIN DRU BROWN,  <br>  Defendant. | CR NO. 05-00392 RMW (HRL)  <br><br> UNOPPOSED MOTION AND [~~PROPOSED~~] **RS** ORDER TO AMEND CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TRAVEL TO MODESTO FOR EASTER |

Defendant Gavin Brown, through his attorney, hereby moves this Court to amend his conditions of release to allow him to travel to Modesto, California on April 8, 2007, returning to the Northern District of California the same day. Mr. Brown wishes to spend Easter with his family, including a relative who is dying. Mr. Brown will not come into unsupervised contact with children during this visit.

Mr. Brown is charged with receiving child pornography over the internet. He is free on bond. Both the Pretrial Services Officer who is supervising Mr. Brown and the U.S. Attorney who is prosecuting him have indicated that they have no objection to this request. Several prior requests for holiday travel to Modesto and Sacramento for Mr. Brown have been previously granted by this Court.

1  Defendant therefore respectfully requests an Order amending his conditions of release to
2  allow him to travel to Modesto for the date indicated.
3  Dated: April 2, 2007               Respectfully submitted,
4
5                                     /s/ Mark D. Eibert
                                      MARK D. EIBERT
6                                     Attorney for Defendant Gavin Brown
7
8                                     **ORDER**
9  Good cause appearing therefore, it is hereby ORDERED that defendant Gavin Brown
10 may travel to Modesto, California, on April 8, 2007, and return to the Northern District of
11 California the same day.
12 Dated: April 4, 2007
                                      _____
                                      UNITED STATES MAGISTRATE JUDGE