1  Mark D. Eibert (Bar # 116570)
   Attorney at Law
2  P. O. Box 1126
   Half Moon Bay, CA 94019-1126
3  Telephone: (650) 638-2380
   Fax: (650) 712-8377
4
   Attorney for: Defendant Gavin Brown

FILED

MAY 14 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR NO. 05-00392 RMW (RSS) |
|---|---|
| Plaintiff, | ) |
| vs. | ) UNOPPOSED MOTION TO AMEND |
| | ) CONDITIONS OF RELEASE AND |
| GAVIN DRU BROWN, | ) [~~PROPOSED~~] ORDER THEREFORE |
| Defendant. | ) *as* |

Defendant Gavin Brown, through his attorney, hereby moves the Court to amend Mr. Brown's conditions of release to allow his significant other to maintain a computer in their joint home for her use only. Said computer shall be protected by a password not known to defendant and subject to monitoring software provided by Pretrial Services, and defendant shall contribute to the cost of said software as directed by Pretrial Services. The computer shall be subject to search at the direction of Pretrial Services.

The Pretrial Services Officer who is supervising Mr. Brown, Laura Weigl, does not object to these conditions. The AUSA prosecuting this case also doe not object to this motion and conditions.

///

///

STIPULATION AND PROPOSED ORDER TO AMEND CONDITIONS OF RELEASE, U.S. V. GAVIN BROWN, CR NO.

05-00392 RMW (PVT)                -1-

Dated: May 11, 2007

Respectfully submitted,

/s/ *Mark D. Eibert*
MARK D. EIBERT
Attorney for Defendant Gavin Brown

## ORDER

Good cause appearing therefore, it is hereby ORDERED that defendant Gavin Brown's conditions of release are hereby modified to allow his significant other to maintain a computer in their joint home for her use only. Said computer shall be protected by a password not known to defendant and subject to monitoring software provided by Pretrial Services, and defendant shall contribute to the cost of said software as directed by Pretrial Services. The computer shall be subject to search at the direction of Pretrial Services.

IT IS SO ORDERED.

Dated: May 14, 2007

_____
UNITED STATES MAGISTRATE JUDGE